THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA CURTIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>VALVOLINE LLC; a Delaware limited liability company,<br><br>     Defendant. | NO. 2:26-cv-02094 KKE<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**<br><br>Noting Date: July 6, 2026 |

Defendant Valvoline LLC moved the Court to provide Defendant additional time—until June 26, 2026—to respond to Plaintiff's Complaint. Dkt. No. 10. Defendant ultimately filed his answer on that date (Dkt. No. 12), and Plaintiff Samantha Curtin filed a notice indicating she does not oppose the extension of time (Dkt. No. 14). Accordingly, the Motion is GRANTED and the Court will consider Defendant's answer to be timely.

DATED this 1st day of July, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING DEFENDANT'S MOT FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT (26-cv-02094)
Page 1
FP 64598848.1

FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101-4416
Phone: (206) 682-2308 Fax: (206) 682-7908

Presented By:

FISHER & PHILLIPS LLP

By s/ Meghan McNabb
Catharine M. Morisset, WSBA #29682
Clarence M. Belnavis, WSBA #36681
Meghan McNabb, WSBA #55000
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 682-2308
Facsimile: (206) 682-7908
Emails:        cmorisset@fisherphillips.com
               cbelnavis@fisherphillips.com
               mmcnabb@fisherphillips.com
*Attorneys for Defendant Valvoline LLC*

ORDER GRANTING DEFENDANT'S MOT FOR EXTENSION
OF TIME TO FILE ANSWER TO COMPLAINT (26-cv-02094)
Page 2
FP 64598848.1